IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE KAYE EDWARDS,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82512

FILED

JUL 0 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.            _____, J.
Pickering                                               Herndon

---

[1]Because no remittitur will issue in this matter, see NRAP 42(b), the one-year period for filing a postconviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

21-18989

cc:    Hon. Kimberly A. Wanker, District Judge
The Grigsby Law Group
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A